UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**NAKISSA MIRAKHORI,**

Plaintiff,

v. **No. 4:26-cv-01020-P**

**U.S. DEPARTMENT OF EDUCATION, ET AL.**

Defendants.

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case ("FCR"). ECF No. 17. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. Plaintiff has, at the very least, failed to state a claim upon which relief may be granted against Defendants.

After the Magistrate Judge issued an FCR recommending the Court dismiss this case with prejudice, Plaintiff filed a Motion to Extend Time (ECF No. 18), which the Court construes as a request for leave to file an amended complaint. Plaintiff has already amended her complaint after receiving clear instructions from the Magistrate Judge.[1] *See* ECF Nos. 10, 15. Plaintiff's proposed amended complaint does not cure the deficiencies identified in the FCR. The Court concludes Plaintiff has

[1] In fact, Plaintiff filed four amended complaints, three of which were missing pages. *See* ECF Nos. 11–13.

alleged her best case. Therefore, Plaintiff's Motion to Extend Time (ECF No. 18) is **DENIED.**

The Court therefore **ORDERS** that this case is **DISMISSED with prejudice.**

**SO ORDERED** on this **8th day of October 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE